**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    David E. Gorrell | : | Case No. 13-52277 |
|    Suzanne K. Gorrell | : | Judge HOFFMAN |
| | : | |
| | : | |
|       *Debtor* | : | |

## CHANGE OF MAILING ADDRESS NOTIFICATION

NAME OF PARTY TO BE CHANGED:   <u>Suzzane K. Gorrell</u>

FORMER MAILING ADDRESS:   1358 Randan Dr.
                                                  Columbus, OH 43207

NEW ADDRESS:   1801 Pine Street
                          Columbus, OH 43217

DATE: April 17, 2015                */s/ Thomas M Fesenmyer*
                                        Thomas M Fesenmyer (0073901)
                                        Attorney for Debtor
                                        Fesenmyer Law Offices, LLC
                                        1335 Dublin Rd., Suite 205C
                                        Columbus, OH 43215
                                        (614) 228-4435
                                        (614) 228-3882 *fax*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Statement of Intent was sent by regular U.S. mail or Electronic Notification on this 17th day of April 2015 to the following:

*Via Electronic Notification*:

- Elizabeth Alphin    loubknotices@mapother-atty.com
- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Edward A Bailey    bknoticesouth@reimerlaw.com
- Faye D. English    notices@ch13columbus.com
- Brian M Gianangeli    bgianangeli@mifsudlaw.com

*Via Regular U.S. Mail:*

**Debtor:**
Suzanne K. Gorrell
1801 Pine Street
Columbus, OH 43217

April 17, 2015                                              */s/ Thomas M Fesenmyer*
                                                            Thomas M Fesenmyer (0073901)
                                                            Attorney for Debtor
                                                            Fesenmyer Law Offices, LLC
                                                            1335 Dublin Rd., Suite 205C
                                                            Columbus, OH 43215
                                                            (614) 228-4435
                                                            (614) 228-3882 *fax*